No. 1162, Misc. JAMES *v.* COHEN, ACTING SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 1150, Misc. KOEBRICH *v.* CRAVEN. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1157, Misc. MAINER *v.* CLARK, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 1161, Misc. KINNELL *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1167, Misc. WOLAK *v.* YEAGER, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 1169, Misc. TAFOYA *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1192, Misc. MACFADDEN *v.* MACBRIDE, U. S. DISTRICT JUDGE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 625, Misc. LUSK *v.* UNITED STATES, 389 U. S. 1053. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 971, Misc. COMLEY *v.* UNITED STATES, *ante,* p. 973. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.